Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. <br><br> **Plaintiff,** <br> v. <br><br> **UNITED STATES,** <br><br> **Defendant.** | **S U M M O N S** <br><br> Ct. No. 22-00190 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. Jiangsu Senmao Bamboo and Wood Industry Co., Ltd., an exporter of subject merchandise, was a participant in the administrative review and has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Multilayered Wood Flooring from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020 (A-570-970)
(Brief description of contested determination)

3. 6/24/2022
(Date of determination)

4. 7/1/2022 (87 Fed. Reg. 39,464)
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/Jeffrey S. Neeley
Signature of Plaintiff's Attorney

7/7/2022
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Jeffrey S. Neeley
1801 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
202-378-2357
Jeffrey.Neeley@huschblackwell.com

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Supervising Attorney
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. Department of Commerce
Office of General Counsel
1401 Constitution Ave NW
Washington, DC 20230

Attorney-in-Charge
U.S. Department of Justice
International Trade Field Office
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278