UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD.,** <br><br> Plaintiff, <br><br> **LUMBER LIQUIDATORS SERVICES, LLC,** <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant, <br> and <br><br> **AMERICAN MANUFACTURERS OF MULTILATYERED WOOD FLOORING,** <br><br> Defendant-Intervenor. | Before: Hon. Jennifer Choe-Groves, Judge <br><br> Court No. 22-00190 |

**LUMBER LIQUIDATORS' COMMENTS IN OPPOSITION TO THE REMAND DETERMINATION**

Mark Ludwikowski
Kelsey Christensen
Sally Alghazali*

**CLARK HILL PLC**
1001 Pennsylvania Ave NW
Suite 1300 S
Washington, DC 20004
202-640-6680
mludwikowski@clarkhill.com

**Dated: December 8, 2023**

# LUMBER LIQUIDATORS' COMMENTS IN OPPOSITION TO THE REMAND DETERMINATION

On behalf of Plaintiff-Intervenor, Lumber Liquidators Services, LLC ("Lumber Liquidators"), we hereby provide Comments in Opposition to the Remand Determination filed by Defendant on October 25, 2023 (ECF 55). These Comments are timely filed pursuant to the Court's August 25, 2023, Slip Opinion and accompanying Scheduling Order (ECF 54). Having reviewed Defendant's Remand Determination (ECF 52) and all prior briefing in this matter, Lumber Liquidators incorporates by reference Plaintiff's Comments in Opposition to the Remand Determination arguments (ECF 57). In addition, Lumber Liquidators respectfully requests that any reduction of the rate for Plaintiff as a result of continuing litigation be likewise incorporated to the calculation of the rate for the separate rate companies, such as Lumber Liquidators.

Accordingly, Lumber Liquidators respectfully opposes the remand determination on the grounds set forth by Plaintiff.

Respectfully submitted,

/s/ *Mark Ludwikowski*
Mark Ludwikowski
Kelsey Christensen
Sally Alghazali[*]

*Counsel to Lumber Liquidators Services, LLC*

December 8, 2023

---

[*] Admitted to Minnesota Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).

**CERTIFICATE OF COMPLIANCE**

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Plaintiff-Intervenor's Comments in Opposition to Remand Determination, as computed by Clark Hill's word processing system Microsoft Office Professional, is 141 words, less than the word limit.

/s/ Mark Ludwikowski
Mark Ludwikowski

*Counsel to Lumber Liquidators Services, LLC*

December 8, 2023

**CERTIFICATE OF SERVICE**

A true and accurate copy of the foregoing was electronically filed on December 8, 2023, via the Court's ECF filing system, which automatically serves notice on counsel of record.

*/s/ Mark Ludwikowski*
Mark Ludwikowski

*Counsel to Lumber Liquidators
Services, LLC*

December 8, 2023