## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., <br><br>      Plaintiff, <br><br>and <br><br>LUMBER LIQUIDATORS SERVICES, LLC, <br><br>      Plaintiff-Intervenor, <br><br>v. <br><br>UNITED STATES, <br><br>      Defendant, <br><br>and <br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, <br><br>      Defendant-Intervenor. | Court No. 22-00190 |

## **JUDGMENT**

Upon consideration of the Department of Commerce's final results of redetermination pursuant to Court remand, dated May 9, 2025, ECF No. 84, the record of this proceeding, and all other pertinent papers, it is hereby

ORDERED that the final results of redetermination pursuant to Court remand are sustained.

Dated: _____             _____
      New York, NY                                                                       JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., <br><br>      Plaintiff, <br><br>and <br><br>LUMBER LIQUIDATORS SERVICES, LLC, <br><br>      Plaintiff-Intervenor, <br><br>v. <br><br>UNITED STATES, <br><br>      Defendant, <br><br>and <br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, <br><br>      Defendant-Intervenor. | Court No. 22-00190 |

**DEFENDANT'S RESPONSE TO**
**COMMENTS ON COMMERCE'S REMAND RESULTS**

Defendant, the United States, respectfully requests that this Court sustain the Department of Commerce's third remand results. *See* Final Results of Remand Redetermination (May 9, 2025), ECF No. 84.

Commerce has fully complied with the Court's third remand order. *See* Third Remand Order, *Jiangsu Senmao Bamboo and Wood Industry v. United States*, Ct. No. 22-00190, Slip Op. 25-16 (Ct. Int'l Trade Feb. 18, 2025) (ECF No. 78). Consistent with the Court's remand order, Commerce has reconsidered its determination and has replaced the Brazilian import data with

Malaysian import data as the basis for Senmao's plywood factors of production surrogate value. *See* Final Results of Remand Redetermination at p.7. In reaching this final remand determination, Commerce provided interested parties an opportunity to submit alternative plywood surrogate value data for consideration. No party submitted new plywood surrogate value data. *See* Remand P.R. 4. As suggested by the Court, Commerce placed the Brazilian import data for plywood in January 2019 and 2021 on the record as well, but only the Brazilian import data for January 2019 contained shipments from Spain. *See* Remand P.R. 5-7.

Commerce preliminarily replaced the January 2020 Brazilian plywood import data from Spain with the January 2019 Brazilian import data for plywood from Spain in the plywood surrogate value to value the plywood factors of production in the margin calculation for Senmao. *See* Draft Remand Redetermination, Remand P.R. 11. However, after receiving and considering comments from Senmao on the draft remand results, Commerce revised its redetermination and relied on the Malaysian import data for plywood during the period of review as the basis for the plywood surrogate value in the final results of remand redetermination. Remand Redetermination at p. 11.

No party contests Commerce's remand results and the results comply with the Court's third remand order. For these reasons, it is appropriate for the Court to sustain Commerce's final results of remand redetermination and enter judgment accordingly.

                                          Respectfully submitted,

                                          BRETT A. SHUMATE
                                          Assistant Attorney General

                                          PATRICIA M. MCCARTHY
                                          Director

3

| | |
|---|---|
| OF COUNSEL:<br>Danielle Cossey<br>Attorney<br>U.S. Department of Commerce<br>Office of the Chief Counsel<br>Trade Enforcement and Compliance<br>1401 Constitution Avenue, NW<br>Washington, D.C. 20230<br>Tel:  (202) 597-1029<br>Email:  danielle.cossey@trade.gov | /s/Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington D.C. 20044<br>Tel:  (202) 616-2228<br>Email:  tara.hogan@usdoj.gov |
| July 21, 2025 | Attorneys for Defendant |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief complies with the word limitation in Court of International Trade Standard Chambers Procedures § 2(B)(1), and contains approximately 325 words, excluding the parts of the brief exempted from the word limitation.  In preparing this certificate of compliance, I have relied upon the word count function of the word processing system used to prepare the brief.

/s/Tara K. Hogan